**BAUTE CROCHETIERE HARTLEY & VELKEI LLP**
MICHAEL J. HARTLEY (State Bar No. 189375)
mhartley@bautelaw.com
DAVID P. CROCHETIERE (State Bar No. 115582)
dcrochetiere@bautelaw.com
ARTYOM BAGHDISHYAN (State Bar No. 299113)
abaghdishyan@bautelaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY; and SENTINEL INSURANCE COMPANY, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | Case No. 3:19-cv-06349-RS<br><br>The Hon. Richard Seeborg<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON HARTFORD CASUALTY INSURANCE COMPANY AND SENTINEL INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ESTABLISH A BRIEFING SCHEDULE AND ORDER**<br><br>OLD DATE:<br>Date:    October 1, 2020<br>Time:    1:30 p.m.<br>Dept.:    3<br><br>NEW DATE:<br>Date:    October 15, 2020<br>Time:    1:30 p.m.<br>Dept.:    3<br><br>Action Filed: October 4, 2019 |

Case No. 3:19-cv-06349-RS

**JOINT STIPULATION AND ORDER**

1   WHEREAS, Plaintiffs Hartford Casualty Insurance Company and Sentinel Insurance
2   Company, Limited ("Hartford") filed a motion for partial summary judgment (the "Motion") on
3   August 26, 2020.

4   WHEREAS, National Union Fire Insurance Company of Pittsburgh, Pa.'s ("National
5   Union") opposition is currently due on September 9, 2020.

6   WHEREAS, National Union has requested an additional week for its opposition because
7   counsel has a pre-existing out-of-office commitment that will significantly limit his availability, and
8   Hartford has requested an additional week for its reply papers.

9   WHEREAS, subject to the Court's approval, the Parties have agreed: (1) to continue the
10  hearing date on Hartford's Motion from October 1, 2020 to October 15, 2020; (2) that National
11  Union's opposition papers be filed and served on or before September 16, 2020; and (3) that
12  Hartford's reply papers be filed and served on or before September 30, 2020.

DATED: August 31, 2020         BAUTE CROCHETIERE HARTLEY & VELKEI LLP

                               By:    /s/ Artyom Baghdishyan
                                      Michael J. Hartley
                                      Artyom Baghdishyan
                                      Attorneys for Defendant National Union Fire
                                      Insurance Compan of Pittsburgh, PA

DATED: August 31, 2020         TROUTMAN PEPPER HAMILTON SANDERS LLP

                               By:    /s/ Kevin F. Kieffer
                                      Kevin F. Kieffer
                                      Attorneys for Plaintiffs
                                      Hartford Casualty Insurance Company; and
                                      Sentinel Insurance Company

330414.1

2

**JOINT STIPULATION AND ORDER**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing date on Hartford's
2  Motion is continued from October 1, 2020 to October 15, 2020 at 1:30 p.m. before the Court.
3  National Union's opposition papers shall be filed and served on or before September 16, 2020, and
4  Hartford's reply papers shall be filed and served on or before September 30, 2020.

6  DATED: __August 31__, 2020

   The Honorable Richard Seeborg
   NORTHERN DISTRICT COURT JUDGE

**PROOF OF SERVICE**

*Hartford v. National Union*
**Case No. 19-cv-06349-RS [2222.210]**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Suite 3800, Los Angeles, CA 90017.

On August 31, 2020, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE THE HEARING ON HARTFORD CASUALTY INSURANCE COMPANY AND SENTINEL INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2020, at Los Angeles, California.

_____
Holly Wells

330414.1

4

**JOINT STIPULATION AND [PROPOSED] ORDER**

# SERVICE LIST

*Hartford v. National Union*
Case No. 19-cv-06349-RS [2222.210]

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Kevin F. Kieffer, Bar No. 192193<br>kevin.kieffer@troutman.com<br>Ryan C. Tuley, Bar No. 198249<br>ryan.tuley@troutman.com<br>5 Park Plaza<br>Suite 1400<br>Irvine, CA 92614-2545<br>Telephone: 949.622.2700<br>Facsimile: 949.622.2739 | Attorneys for Plaintiffs<br>HARTFORD CASUALTY INSURANCE COMPANY<br>and SENTINEL INSURANCE COMPANY, LIMITED |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Debbie H. Kim, Bar No. 292484<br>debbie.kim@troutman.com<br>11682 El Camino Real<br>Suite 400<br>San Diego, CA 92130-2092<br>Telephone: 858.509.6000<br>Facsimile: 858 509 6040 | Attorneys for Plaintiffs<br>HARTFORD CASUALTY INSURANCE COMPANY<br>and SENTINEL INSURANCE COMPANY, LIMITED |

BAUTE CROCHETIERE HARTLEY & VELKEI LLP
777 South Figueroa Street, Suite 3800
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225