TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Ryan C. Tuley, Bar No. 198249
ryan.tuley@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

TROUTMAN PEPPER HAMILTON SANDERS LLP
Debbie H. Kim, Bar No. 292484
debbie.kim@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone:   858.509.6000
Facsimile:    858.509.6040

Attorneys for Plaintiffs
HARTFORD CASUALTY INSURANCE COMPANY
and SENTINEL INSURANCE COMPANY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LIMITED,<br><br>       Plaintiffs,<br><br>   v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>       Defendant. | Case No.  19-cv-06349-RS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:      Hon. Richard Seeborg |

**PLEASE TAKE NOTICE** that in the lawsuit captioned, *Hartford Cas. Ins. Co., et al. v. Richard B. Teed*, Case No. 3:18-cv-479-RS (the "DJ Action"), filed by Hartford Casualty Insurance Company and Sentinel Insurance Company, Limited (collectively, "Hartford") against Richard Teed, deemed related to the instant action and pending before this Court, Hartford and Mr. Teed have reached a settlement in principle. A dismissal of the DJ Action will be filed with the Court upon the execution of a written settlement agreement.

By Order dated January 10, 2020, the DJ Action was deemed related to the instant action filed by Hartford against National Union Fire Insurance Company of Pittsburgh, PA. [Dkt. 22.] On September 15, 2020, Mr. Teed filed a Motion to Intervene in the instant action, with oral arguments heard on October 29, 2020. [Dkt. 41.] As a result of the settlement in principle reached between Hartford and Mr. Teed in the DJ Action, Mr. Teed's Motion to Intervene is now moot. Mr. Teed will therefore be filing a withdrawal of his Motion to Intervene upon the execution of the written settlement agreement between Hartford and Mr. Teed in the DJ Action.

Dated: November 20, 2020      TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kevin F. Kieffer*
    Kevin F. Kieffer
    Ryan C. Tuley
    Debbie H. Kim
    Attorneys for Plaintiffs
    HARTFORD CASUALTY INSURANCE COMPANY and SENTINEL INSURANCE COMPANY, LIMITED

Dated: November 20, 2020      CALLAGY LAW, P.C.

By: */s/ Michael J. Smikun*
    Michael J. Smikun
    Attorney for Richard B. Teed