UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | Case No. 19-cv-06349-RS<br><br>**JUDGMENT** |

Judgment is hereby entered in this matter as follows: defendant National Union shall pay plaintiff Hartford (i) $785,107.22 in damages, and (ii) $188,280.000 in prejudgment interest.

**IT IS SO ORDERED**.

Dated: April 21, 2021

_____
RICHARD SEEBORG
Chief United States District Judge